AUSA: Remy Grosbard

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | **24 MAG 3258** |
| UNITED STATES OF AMERICA | <u>**SEALED COMPLAINT**</u> |
| v. | Violations of 18 U.S.C. § 2252A and 2 |
| EDWARD GENE SMITH,<br><br>              Defendant. | COUNTY OF OFFENSE:<br>NEW YORK |

SOUTHERN DISTRICT OF NEW YORK, ss.:

      MICHAEL BUSCEMI, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

## COUNT ONE
### (Receipt of Child Pornography)

      1.      From at least on or about June 3, 2023 through at least on or about June 6, 2023, in the Southern District of New York and elsewhere, EDWARD GENE SMITH, the defendant, knowingly received material that contained child pornography using a means and facility of interstate and foreign commerce and that had been mailed and had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, SMITH received files containing sexually explicit images of a minor on a computer in New York, New York, via a Cloud-based storage company.

      (Title 18, United States Code, Sections 2252A(a)(2)(B), (b)(1), and 2.)

## COUNT TWO
### (Possession of Child Pornography)

      2.      From at least on or about June 3, 2023 through at least on or about June 26, 2024, in the Southern District of New York and elsewhere, EDWARD GENE SMITH, the defendant, knowingly possessed and accessed with intent to view a book, magazine, periodical, film, videotape, computer disk, and other material that contained an image of child pornography that had been mailed, shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, SMITH possessed sexually explicit images of minors, including images of prepubescent minors and minors who had not attained 12 years of age, in his residence in New York, New York.

      (Title 18, United States Code, Sections 2252A(a)(5)(B), (b)(2), and 2.)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

3. I have been a Special Agent with the FBI for approximately 9.5 years and have been assigned to investigate violations of criminal law relating to the sexual exploitation of children.

4. I have been personally involved in the investigation of this matter. I am familiar with the information contained in this Complaint based on my participation in the investigation, my review of documents, my conversations with other law enforcement officers, and my training and experience. Because this Complaint is being submitted for the limited purpose of establishing probable cause to arrest the defendant, I have not included the details of every aspect of the investigation. Where actions, conversations, and statements of others are related herein, they are related in substance and in part, except where otherwise indicated.

5. The following terms have the indicated meaning in this Complaint:

   a. The term "minor," as used herein, is defined as set forth in Title 18, United States Code, Section 2256(1).

   b. The term "child pornography," as used herein, is a visual depiction of a minor involved in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(8).

## Background

6. Based on my involvement in the investigation, including conversations with other law enforcement officers, review of documents and communications, and publicly available information, I have learned the following:

   a. Since in or about September 2022, the FBI has been investigating an online moniker or persona ("Producer-1"), which produces and sells, among other things, child pornography. In particular, based on my conversation with others with other law enforcement officers, I know that certain websites and Telegram channels directed users to sites where users could view advertisements for material produced by Producer-1, as well as a site where users could purchase material produced by Producer-1, by making payments of, among other things, cryptocurrency.

   b. In or about June 2023, the site that allowed users to purchase material produced by Producer-1 provided step-by-step instructions for "How to Buy Content." The first step directed users to choose a "[p]ayment [m]ethod" and provided particular cryptocurrency deposit addresses, *i.e.* unique identifiers that allow for the receipt of cryptocurrency, for different types of cryptocurrency. One of the deposit addresses was for Bitcoin (the "Bitcoin Deposit Address"). The second and third steps of the instructions on "How to Buy Content" instructed users to fill out a form and provide proof of the transaction. The site explained that after proof of the transaction was provided, the user would be "invited in mega" and would "see the content [they] purchased in Shared Folder section in Mega app or web version." Based on my training, experience, and participation in this investigation, I understand that "Mega" is a cloud-based storage service.

## The Offense Conduct

7. Based on my involvement in the investigation, including conversations with other law enforcement officers and review of documents and communications, I have learned the following:

    a. On or about June 3, 2023, a particular Bitcoin wallet, *i.e.*, a virtual wallet that permits the wallet's owner to store and send Bitcoin (the "Bitcoin Wallet"), deposited Bitcoin into the Bitcoin Deposit Address over a particular cryptocurrency exchange (the "Cryptocurrency Exchange"). Specifically, on or about June 3, 2023, the Bitcoin Wallet deposited approximately $447.47 in Bitcoin and approximately $300.77 in Bitcoin into the Bitcoin Deposit Address (the "June 3, 2023 Transactions").

    b. On or about June 6, 2023, the Bitcoin Wallet deposited approximately $599.48 in Bitcoin into the Bitcoin Deposit Address over the Cryptocurrency Exchange (together with the June 3, 2023 Transactions, the "Bitcoin Transactions").

8. Based on my review of records provided by the Cryptocurrency Exchange, as well as an internet service provider, I know the following:

    a. The owner of the Bitcoin Wallet is EDWARD GENE SMITH, the defendant.

    b. A specific internet protocol address (the "IP Address") was used by the Bitcoin Wallet to execute each of the Bitcoin Transactions. The subscriber for the IP Address is "Edward Smith" and the account address is a particular apartment in New York, New York (the "Smith Apartment"). Based on my review of publicly available information and records provided by the Cryptocurrency Exchange, I know that the Smith Apartment is one of the residential addresses of SMITH.

9. On or about June 24, 2024, the Honorable Robyn F. Tarnofsky, United States Magistrate Judge, Southern District of New York, issued a warrant to search the Smith Apartment, including the contents of electronic devices located inside the Smith Apartment.

10. On or about June 26, 2024, I participated in a search of the Smith Apartment pursuant to the above-mentioned search warrant. EDWARD GENE SMITH, the defendant, was present in the Smith Apartment during the execution of the search warrant. SMITH, who was not under arrest at the time, voluntarily agreed to be interviewed by law enforcement. During that interview, SMITH admitted to purchasing material produced by Producer-1 on multiple occasions and admitted that SMITH believed some of the individuals depicted in the materials that he had purchased from Producer-1 were minors.

11. EDWARD GENE SMITH, the defendant, also agreed to provide law enforcement officers with passwords that would enable law enforcement officers to review the contents of electronic devices seized during the execution of the search warrant and that SMITH acknowledged belonged to him (the "Seized Devices"). Pursuant to the June 24, 2024 warrant, I have reviewed files contained on the Seized Devices, and during that review, I determined that the Seized Devices contained the following:

      a.    Approximately 310 unique images of child pornography, including the following:

      i.    An image that depicts a female, who is approximately 15 years old, masturbating with her legs and breasts exposed. The name of Producer-1 is written on her breasts, and the image contains two watermarks with Producer-1's name. This image was accessed on June 4, 2023.

      ii.    An image, which depicts a female, who is approximately 8 to 10 years old, laying on a couch with no pants on and her vagina exposed.

      b.    Approximately 85 unique videos of child pornography, including the following:

      i.    A video approximately 33 minutes and 48 seconds in length, with the file name "9Yo Linda Takes Dad Up Ass And Sucks His Cum And Swallows.mpg," which depicts a female, who is approximately 9 years old, engaging in vaginal, anal, and oral sex with an adult man.

      ii.    A video approximately 8 minutes and 21 seconds in length, with the file name "Kinderfickerparadies --- 6yo 7yo 8yo 9yo (4).avi," which depicts a female, who is approximately 5 to 6 years old, masturbating her vagina, urinating into a toilet bowl, and performing oral and vaginal sex on an adult male penis.

WHEREFORE, I respectfully request that a warrant be issued for the arrest of EDWARD GENE SMITH, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

_Michael Buscemi (by VF with permission)_
Michael Buscemi
Special Agent
Federal Bureau of Investigation

Sworn to me through the transmission of
this Complaint by reliable electronic
means (telephone), this
__6__ day of September, 2024.

_____
THE HONORABLE VALERIE FIGUEREDO
United States Magistrate Judge
Southern District of New York